UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,   Case No. 0:17-CR-00324-DSD-KMM

Plaintiff,

v.

**ORDER**

Ellis Alance Banks,

Defendant.

Michelle Jones, Assistant United States Attorney, counsel for the government

Lisa M. Lopez, Office of the Federal Defender, counsel for the defendant

On February 22, 2018, the Court held a hearing on the pretrial motions filed by the government and by Mr. Banks. Min., ECF No. 30. Consistent with the discussion on the record at the hearing, the Court enters the following Order:

**IT IS HEREBY ORDERED THAT:**

1. The government's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3, and 26.2 (**ECF No. 13**) is **GRANTED**. Mr. Banks shall provide discovery as required by Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3, and 26.2.

2. Mr. Banks's Pretrial Motion for Disclosure of Rule 404 Evidence (**ECF No. 20**) is **GRANTED IN PART**. The government shall provide notice to Mr. Banks of any evidence it will seek to introduce pursuant to Rule 404(b) at least 14 days prior to trial.

3. Mr. Banks's Pretrial Motion to Compel Attorney for the Government to Disclose Evidence Favorable to the Defendant (**ECF No. 21**) is **GRANTED**. The government shall comply with its ongoing obligation to provide evidence favorable to the defense as required by *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny.

4. Mr. Banks's Pretrial Motion for Discovery and Inspection (**ECF No. 22**) is **GRANTED**. The government must provide discovery, disclosures, and permit inspection as required by the applicable Federal Rules of Criminal Procedure. If the government plans to introduce any expert testimony, it shall provide the disclosures required by Rule 16 at least 14 days prior to trial.

5. Mr. Banks's Motion for Early Disclosure of Jencks Act Material (**ECF No. 23**) is **DENIED**. The government has nevertheless agreed to provide any remaining Jencks Act material to the defense prior to trial.

6. Mr. Banks's Pretrial Motion for Government Agents to Retain Rough Notes and Evidence (**ECF No. 24**) is **GRANTED**.

The Court heard testimony from Internal Revenue Service Special Agent Marisa Pitzen regarding Mr. Banks's Motion to Suppress Statements, Admissions and Answers (**ECF No. 25**). And the government offered as exhibits the warrant challenged in Mr. Banks's Pretrial Motion to Suppress Fruits of Unlawful Arrest and Search and Seizure (**ECF No. 26**). The Court ordered post-hearing briefing from counsel on the motions to suppress. Mr. Banks's post-hearing briefing is due **on or before March 12, 2018**. The government's response is due **on or before March 23, 2018**. The motions (ECF Nos. 25 and 26) will be taken under advisement as of March 23, 2018.

Date: March 19, 2018                             *s/Katherine Menendez*
                                                 Katherine Menendez
                                                 United States Magistrate Judge